UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND JAMES & ASSOC., INC.,
        Plaintiff,

vs.                                                   Case No. 8:05-CV-1783-T-27EAJ

JACK FEINER, *et al.*,
        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 25) recommending that Plaintiff's Motion for Preliminary Injunction (Dkt. 3) be denied. Neither party filed written objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is

**ORDERED AND ADJUDGED** that:

1) The Report and Recommendation of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Preliminary Injunction (Dkt. 3) is DENIED.

**DONE AND ORDERED** in Tampa, Florida, on this 9th day of December, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

1